# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 2, 2016

### NO. 03-16-00298-CV

**Tara Dawn Turner, Appellant**

**v.**

**Terence Curtis, Appellee**

**APPEAL FROM THE 419TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD
DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE GOODWIN**

Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.